B. Otis Felder, Esq., (CBN 177628)
*CSB Certified Admiralty & Maritime Law Specialist*
Vladyslava V. Turner, Esq. (SBN 320856)
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-0990
Facsimile: (415) 434-1370
Otis.Felder@wilsonelser.com
Vladyslava.Turner@wilsonelser.com

*Attorneys for Petitioner and Plaintiff-in-Limitation
Efrain Camacho*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# IN ADMIRALTY

| | |
|---|---|
| IN RE: COMPLAINT AND PETITION OF EFRAIN CAMACHO, as owner of a motor vessel, a 2024 Bayliner VR5, FOR EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>Petitioner and Plaintiff-in-Limitation. | Case No.  2:25-cv-03604-WBS-CKD<br><br>Hon. William B. Shubb<br><br>**ORDER APPROVING STIPULATION FOR VALUE AND LETTER OF UNDERTAKING, DIRECTING CLAIMANTS TO FILE AND MAKE PROOF OF CLAIMS, DIRECTING THE ISSUANCE OF MONITION, AND RESTRAINING PROSECUTION OF CLAIMS** |

**WHEREAS, EFRAIN CAMACHO** ("Petitioner"), as owner of the vessel (hereinafter "the Vessel"), has filed a Complaint on December 14, 2025, pursuant to 46 U.S.C. §§ 30501, *et seq.*, and Supplemental Admiralty Rule F, claiming the right to exoneration from, or alternatively, limitation of liability for, all claims arising out of a claimed incident on the navigable waters of the Sacramento River, California, and Petitioner was the owner of the Vessel at the time of and after the May 10 , 2025 incident, and on considering the Complaint and Stipulation for Value of the vessel, which are on file, stating the value of the Vessel to be estimated as FORTY-NINE THOUSAND, FOUR HUNDRED and FORTY-SEVEN DOLLARS ($49,447.00)

1  and provided security for ONE THOUSAND DOLLARS ($1,000.00) as required by
2  Admiralty L. R. 520(b);

3      **IT IS HEREBY ORDERED** that the Court approves the stipulation for value
4  and the security in the form of the letter of undertaking filed in this action (See
5  Complaint of Dammers, *et al.*, 836 F.2d 750, 753, n.2 (2d Cir. 1988)); and it is
6  further

7      **ORDERED** that a Monition issue against all persons having such claims for
8  any and all losses, personal injuries, destruction of property, as alleged in
9  Petitioner's Complaint for Exoneration from or Limitation of Liability must file
10 them as provided by Rule F of the Supplemental Rules for Certain Admiralty and
11 Maritime Claims with the Clerk of this Court, Mr. Keith Holland, United States
12 District Court, Eastern District of California, Robert T. Matsui United States
13 Courthouse, 501 I Street, 4th floor, Room 4-200, Sacramento, California 95814 and
14 mail copies to Petitioner's attorneys, B. Otis Felder, Esq., WILSON, ELSER,
15 MOSKOWITZ, EDELMAN & DICKER LLP, 655 Montgomery Street, Suite 900,
16 San Francisco, CA 94111, on or before the 2nd day of March 2026, subject to the
17 rights or any person claiming damages who shall have presented a claim to answer
18 the Complaint and to controvert, or be defaulted and forever barred from such a
19 claim, and that any claimant desiring to contest Petitioner's right to exoneration
20 from or limitation of liability must file an Answer to Petitioner's original complaint
21 and/or a claim as required by Rule F(4) – (5) of the Supplemental Rules, and serve
22 or mail a copy to Petitioner's attorney; and it is further

23     **ORDERED**, that public notice of the Monition be given by publication in a
24 newspaper published in the Eastern District of California, such publication in said
25 papers to be for at least four successive weeks before the return date of this Order
26 demanding the presentation of all claims against Petitioner as well as that Petitioner
27 give notice as to counsel for any known claimants; and it is further
28 / / /

**ORDERED**, that the beginning or continued prosecution of any and all suits, actions, or legal proceedings of any nature or description whatsoever, except in the present proceeding, in respect of any claim arising out of, consequent upon, or in connection with the aforesaid incident involving the Vessel, described in the Complaint for Exoneration from or Limitation of Liability, are hereby stayed and restrained until the hearing and termination of this proceeding.

**SO ORDERED**.

Dated: December 19, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7

                    Respectfully submitted,

          **WILSON ELSER MOSKOWITZ**
               **EDELMAN & DICKER LLP**

By: _____
       B. OTIS FELDER, ESQ.
      CSB Certified Admiralty
       & Maritime Law Specialist
*Attorney for Petitioner and Plaintiff-in-Limitation Efrain Camacho*

RULE F ORDER

290156271v.1