Brian H. Turner (SBN 288924)
Gina L. Bauer (SBN 271503)
Law Office of Brian H. Turner
1510 J Street, Suite 110
Sacramento, CA 95814
Phone: (916) 229-8800
Facsimile: (866) 833-5594
Brian@bhturnerlaw.com
glb@bhturnerlaw.com

*Counsel for Claimant William Surita*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## <u>IN</u> <u>ADMIRALTY</u>

| | |
|---|---|
| In RE: COMPLAINT AND PETITION OF EFRAIN CAMACHO, as owner of a motor vessel, a 2024 Bayliner VR5, for Exoneration From or Limitation of Liability:<br><br>Petitioner and Plaintiff-in-Limitation | Case No.: 2:25-cv-03604-WBS-CKD<br><br>Hon. William B. Shubb<br><br>**ORDER TO CONTINUE SCHEDULING CONFERENCE** |

Pursuant to the Parties' Stipulation, and for good cause shown, **IT IS HEREBY ORDERED**:

1.  The Scheduling Conference currently set for April 20, 2026, at 1:30 p.m. before the Honorable William B. Shubb is CONTINUED to **August 10, 2026, at 1:30 p.m**., or to such other date and time as the Court may set.

2.  Any deadlines tied to the Scheduling Conference, including any deadline for filing a joint status report are CONTINUED consistent with this Order.

IT IS SO ORDERED.

Dated:  April 8, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-

**ORDER TO CONTINUE SCHEDULING CONFERENCE**